UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| RANDALLSTOWN AFRICAN INT'L MARKET, LLC, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>UNITED STATES,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>) Civil Action No. GLR-16-4050<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**PLAINTIFFS' SECOND AMENDED NOTICE OF TAKING**
**DEPOSITION PURUSANT TO FED. R. CIV. P. RULE 30(B)(6)**

PLEASE TAKE NOTICE that Plaintiffs Randallstown International African Market, Alvan Okoroji, and Elizabeth Isabemoh, by and through undersigned counsel, pursuant to Rules 30(a)(1), 30(b)(3), and 30(b)(6) of the Federal Rules of Civil Procedure, will take the videotaped deposition of Defendant United States' Food and Nutrition Service ("FNS"), through one or more officers, directors, agents, or other representatives who shall be designated to testify on the United States and FNS's behalf regarding all information known or reasonably available to the United States and FNS with respect to the subject matters identified on Exhibit A. Plaintiffs request that the United States and FNS provide written notice not less than fifteen (15) business days before the deposition of the name(s), employment position(s), of the individual(s) designated to testify on FNS's behalf, as well as the particular subject matter that are designated regarding.

The deposition shall commence on **September 22, 2017 at 10:00 A.M.** The deposition will be held at the **Offices of the United States Attorney, 36 S. Charles Street, Suite 400 Baltimore, Maryland 21201** . The deposition shall be taken before a duly certified court

reporter or other person authorized by law to administer oaths.  The deposition will be recorded by stenographic means and may be recorded via videotape. The deposition shall continue from day to day, excluding Sundays and holidays, until the examination is completed.  The deposition shall be for all purposes permitted under the Federal Rules of Civil Procedure, including perpetuation.

Dated this 24th day of August, 2017.

/s/ Stewart D. Fried
Stewart D. Fried, Esq. (Admitted *Pro Hac Vice*)
Mason Weeda. Esq. (Maryland Bar No. 18276)
Olsson Frank Weeda Terman Matz, P.C.
600 New Hampshire Avenue, N.W.  #500
Washington, D.C.  20037
(202) 518-6326
(202) 234-3550 Facsimile
sfried@ofwlaw.com

# EXHIBIT A

1. Thresholds related to the U.S. Food and Nutrition Service's Anti-Fraud Locator using EBT Retailer Transactions ("ALERT") system, including, but not limited to:
   - Thresholds related to unusual, irregular, and/or inexplicable EBT transactions by SNAP-authorized retailers;
   - Thresholds related to scans, including scans which are indicative of trafficking or suspected trafficking;
   - Thresholds related to patterns, including patterns which are indicative of trafficking or suspected trafficking;
   - Thresholds related to issuance of Charge Letters to SNAP-authorized retailers based on trafficking or suspected trafficking in EBT and/or SNAP benefits; and
   - Thresholds for suspected violations of federal SNAP statutes or FNS SNAP regulations by SNAP-authorized retailers.

2. FNS's guidance, handbook provisions, procedures (including Standard Operating Procedures), and policies relating to SNAP retailers suspected of engaging in trafficking in EBT and/or SNAP benefits, including (but not limited to) investigations, issuance of charge letters to SNAP retailers, initial/preliminary determinations relating to SNAP retailers charged with trafficking, and issuance of Final Agency Decisions relating to SNAP retailers charged with trafficking. For clarification purposes, Category 2 seeks the designation of the FNS official with knowledge regarding FNS policies, including its regulations, standard operating procedures, handbooks, and other records, concerning SNAP retailer trafficking. The applicable official should also have knowledge regarding FNS policies and procedures concerning issuance of charge letters, initial determinations, and Final Agency Decisions by Administrative Review Officers.

3. FNS's establishment of categories of "unusual, irregular, and inexplicable" activity set forth on charge letters issued to SNAP retailers suspected of trafficking in EBT and/or SNAP benefits.

4. Categories utilized by FNS since 2015 of "unusual, irregular, and inexplicable" activity, which categories are referred to, identified, and/or set forth on charge letters issued to SNAP retailers suspected of trafficking in EBT and/or SNAP benefits.

5. Algorithms and/or other statistical tools used in connection with:

   - Issuance of charge letters to authorized SNAP retailers suspected of trafficking in EBT and/or SNAP benefits;
   - Initial/preliminary determinations relating to SNAP retailers charged with trafficking; and
   - Issuance of Final Agency Decisions relating to authorized SNAP retailers charged with trafficking in EBT and/or SNAP benefits.

# CERTIFICATE OF SERVICE

        I hereby certify that on the 24th day of August, 2017, a copy of the foregoing was served via First Class Mail, postage pre-paid and via e-mail to:

Kelly M. Marzullo, Esq.
Assistant United States Attorney
36 South Charles St., 4th Floor
Baltimore, MD 21201
kelly.marzullo@usdoj.gov

                                            /s/ Stewart D. Fried
                                            Stewart D. Fried